O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OTIS FITZGERALD ERVIN, | ) | Case No. CV 13-2245-JVS (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) | RECOMMENDATIONS OF |
| | ) | UNITED STATES MAGISTRATE |
| SOTO, Warden, | ) | JUDGE |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, the Report and Recommendation, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the original Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge,

///

///

///

1    IT IS ORDERED that Judgment be entered: (1) accepting this Final Report and Recommendation; and (2) directing that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: June 24, 2014

_____
HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

2