JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS FITZGERALD ERVIN,<br><br>　　　　　　Petitioner,<br>　　　v.<br><br>SOTO, Warden,<br><br>　　　　　　Respondent. | Case No. CV 13-2245-JVS (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: June 24, 2014

_____
HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

_____

1  HONORABLE OSWALD PARADA
2  United States Magistrate Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28